Peter Singh, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Facsimile (559) 256-9792

Attorney for: JUAN ARTEAGA-HUERTA, Defendant

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) **Case No. 1:11-CR-00218-001-AWI** |
| Plaintiff, | ) **JOINT STIPULATION TO** |
| | ) **CONTINUE STATUS CONFERENCE** |
| v. | ) |
| | ) **Date: 10/31/11** |
| **JUAN ARTEAGA-HUERTA,** | ) **Time: 9:00a.m.** |
| **Defendant.** | ) |
| | ) *Honorable Anthony W. Ishii, Presiding* |
| | ) |

**IT IS HEREBY STIPULATED,** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference in the above-captioned matter now scheduled for October 31, at 9:00a.m., **may be continued to December 19, at 9:00 a.m.**

The grounds for the continuance is to allow time for defense counsel to explore the Plea deal and speak with Mr. Arteaga-Huerta.

/// 
/// 
/// 
/// 
/// 
///

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161 (B)(ii)(iv).

Dated: October 26, 2011          Respectfully Submitted by:

PETER SINGH & ASSOCIATES, P.C.


By:    /s/ Peter Singh

     PETER SINGH,

     Attorney for JUAN ARTEAGA-HUERTA


Dated: October 26, 2011          Attorney's Office, Eastern District Of California


By:    /s/Kimberly Sanchez

     KIMBERLY SANCHEZ

     Assistant U.S. Attorney


E-Filing Attestation: I, Peter Singh, am the ECF User whose ID and password are being used to file this Joint Stipulation to Continue Status Conference. I hereby attest Kimberly Sanchez has concurred in this filing.

DATED: October 26, 2011        PETER SINGH & ASSOCIATES


By:    /s/ Peter Singh

     PETER SINGH

     Attorney for JUAN ARTEAGA-HUERTA

# ORDER

**IT IS SO ORDERED,** the Status Conference currently set for October 26, 2011 at 9:00 a.m. is now set for **December 19, 2011 at 9:00 a.m.** Time is hereby excluded pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(B)(ii)(iv).

IT IS SO ORDERED.

Dated: ____October 26, 2011____        _____

CHIEF UNITED STATES DISTRICT JUDGE