Peter Singh, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Facsimile (559) 256-9792

Attorney for: JUAN ARTEAGA-HUERTA, Defendant

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 1:11-CR-00218-001-AWI |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | |
| **JUAN ARTEAGA-HUERTA,** | Date: 12/19/11 |
| Defendant. | Time: 9:00a.m. |
| | *Honorable Anthony W. Ishii, Presiding* |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference in the above-captioned matter now scheduled for December 19, at 9:00a.m., **may be continued to January 30, 2012, at 9:00 a.m.**

The grounds for the continuance are due to a conflict in defense attorney's calendar and to allow sufficient time for defense attorney to explore the Plea deal and speak with his client, Juan Arteaga-Huerta.

///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161 (B)(ii)(iv).

Dated: November 28, 2011  Respectfully Submitted by:

PETER SINGH & ASSOCIATES, P.C.


By:   /s/ Peter Singh
   PETER SINGH,
   Attorney for JUAN ARTEAGA-HUERTA


Dated: November 28, 2011  Attorney's Office, Eastern District Of California


By:   /s/Kimberly Sanchez
   KIMBERLY SANCHEZ
   Assistant U.S. Attorney


E-Filing Attestation: I, Peter Singh, am the ECF User whose ID and password are being used to file this Joint Stipulation to Continue Status Conference. I hereby attest Kimberly Sanchez has concurred in this filing.

DATED: November  28, 2011  PETER SINGH & ASSOCIATES


By:   /s/ Peter Singh
   PETER SINGH
   Attorney for JUAN ARTEAGA-HUERTA

# ORDER

**IT IS SO ORDERED,** the Status Conference currently set for December 19, 2011 at 9:00 a.m. is now set for **January 30, 2011 at 9:00 a.m.** Time is hereby excluded pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(B)(ii)(iv).

IT IS SO ORDERED.

Dated: November 28, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE