Peter Singh, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Facsimile (559) 256-9792

Attorney for: JUAN ARTEAGA-HUERTA, Defendant

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 1:11-CR-00218-001-AWI |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | |
| **JUAN ARTEAGA-HUERTA,** | **Date: 1/30/12** |
| Defendant. | **Time: 9:00a.m.** |
| | **Dept.: 2** |
| | *Honorable Anthony W. Ishii, Presiding* |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference in the above-captioned matter now scheduled for January 30, 2012 at 9:00a.m., **may be continued to February 6, 2012, at 9:00 a.m.**

The grounds for the continuance are due to a conflict in defense attorney's calendar and to allow sufficient time for defense attorney to explore the Plea deal and speak with his client, Juan Arteaga-Huerta.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161 (B)(ii)(iv).

Dated: December 23, 2011          Respectfully Submitted by:

                                              PETER SINGH & ASSOCIATES, P.C.

                                              By:     /s/ Peter Singh
                                                 PETER SINGH,
                                                 Attorney for JUAN ARTEAGA-HUERTA

Dated: December 23, 2011          Attorney's Office, Eastern District Of California

                                              By:     /s/Kimberly Sanchez
                                               KIMBERLY SANCHEZ
                                               Assistant U.S. Attorney

<u>E-Filing Attestation:</u> I, Peter Singh, am the ECF User whose ID and password are being used to file this Joint Stipulation to Continue Status Conference. I hereby attest Kimberly Sanchez has concurred in this filing.

DATED: December 23, 2011     PETER SINGH & ASSOCIATES

                                              By:   /s/ Peter Singh
                                              PETER SINGH
                                              Attorney for JUAN ARTEAGA-HUERTA

# ORDER

**IT IS SO ORDERED,** the Status Conference currently set for January 30, 2012 at 9:00 a.m. is now set for **February 6, 2012 at 9:00 a.m.** Time is hereby excluded pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(B)(ii)(iv).

IT IS SO ORDERED.

Dated:     December 23, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE