Peter Singh, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Facsimile (559) 256-9792

Attorney for: JUAN ARTEAGA-HUERTA, Defendant

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **JUAN ARTEAGA-HUERTA,** ) <br> Defendant. ) <br> ) <br> ) | **Case No. 1:11-CR-00218-001-AWI** <br> **JOINT STIPULATION TO** <br> **CONTINUE STATUS CONFERENCE** <br><br> **Date:** 1/30/12 <br> **Time:** 9:00a.m. <br> **Dept.:** 2 <br><br> *Honorable Anthony W. Ishii, Presiding* |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference in the above-captioned matter now scheduled for February 6, 2012 at 9:00a.m., **may be continued to February 13, 2012, at 9:00 a.m.**

The grounds for the continuance are due to a conflict in defense attorney's calendar.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161 (B)(ii)(iv).

Dated: January 23, 2012     Respectfully Submitted by:

PETER SINGH & ASSOCIATES, P.C.


By:     /s/ Peter Singh
   PETER SINGH,
   Attorney for JUAN ARTEAGA-HUERTA


Dated: January 23, 2012     Attorney's Office, Eastern District Of California


By:    /s/Kimberly Sanchez
   KIMBERLY SANCHEZ
   Assistant U.S. Attorney


E-Filing Attestation: I, Peter Singh, am the ECF User whose ID and password are being used to file this Joint Stipulation to Continue Status Conference. I hereby attest Kimberly Sanchez has concurred in this filing.

DATED: January 23, 2011     PETER SINGH & ASSOCIATES


By:   /s/ Peter Singh
   PETER SINGH
   Attorney for JUAN ARTEAGA-HUERTA

# ORDER

**IT IS SO ORDERED,** the Status Conference currently set for January 30, 2012 at 9:00 a.m. is now set for **February 13, 2012 at <u>10:00 a.m.</u>** (Please note time change)  Time is hereby excluded pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(B)(ii)(iv).

IT IS SO ORDERED.

Dated:   January 24, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE